SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Assistant United States Attorney
Bryan.Chinwuba@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**SURELY NALLEY MOLINA ESCALANTE,**

**Defendant.**

**3:24-cr-00426-AB-10**

**GOVERNMENT'S SENTENCING MEMORANDUM**

**Introduction**

In January 2024, Oregon State Police troopers stopped a vehicle occupied by defendant and seized a large amount of methamphetamine from the vehicle. Law enforcement officers subsequently searched defendant's phone, which reflected she was a member of a drug trafficking organization operating in Oregon.

The government agrees with the guideline calculation and criminal history computation as outlined in the PSR. There no are factual disputes with respect to defendant's conduct between defendant and the government. Due to defendant's early acceptance of responsibility, the

government will recommend a sentence on the low-end of the guideline range followed by five years of supervised release and a $100 fee assessment.

## I. FACTUAL BACKGROUND

### A. The Offense Conduct

On January 4, 2024, Oregon State Police troops stopped a vehicle occupied by defendant and a co-conspirator for a traffic violation. Troopers deployed a canine which alerted to the presence of narcotics in the vehicle. Troopers searched the vehicle and seized approximately 105 pounds of methamphetamine. Troopers also seized defendant's phone which showed she was in contact with two separate co-conspirators involved in a larger drug trafficking organization operating in the District of Oregon.

### B. The Charges

Defendant is charged in Count One of the Indictment with Conspiracy to Distribute a Controlled Substance. On November 13, 2025, defendant pleaded guilty to Count One of the Indictment.

## II. GOVERNMENT'S RECOMMENDED SENTENCE

| Guilty Plea to Count One of the Indictment | |
|---|---|
| 38 | BOL |
| -4 | Minimal Participant 3B1.2 |
| -8 | Role 2D1.1(a)(5) |
| -3 | Acceptance |
| -2 | 3553(a) |
| -2 | 3553(f) Safety Valve |
| =19 | CHC I, range of 30-37 months |
| Low end | Government's sentencing recommendation |

/ / / /

/ / / /

/ / / /

Defendant acted as a drug courier for a large-scale drug trafficking organization in the Salem area. Based on defendant's early acceptance of responsibility, and limited role in the drug trafficking organization, the government recommends a sentence on the low end of the guideline range followed by a five-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: September 9, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney